USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAMEL NORRIS,

                Plaintiff,

      v.

CUATRO LOBOS, INC. d/b/a WILDAIR, and
ORCHARD STREET HOLDINGS LLC,

                Defendants.

No. 21-CV-7999 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    On December 18, 2021, Plaintiff filed an affidavit of service stating that Defendant Orchard Street Holdings LLC had been served on October 21, 2021. On December 18, 2021, Plaintiff also filed an affidavit of service stating that Defendant Cuatro Lobos, Inc. had been served on October 21, 2021. Both Defendants' answers were due November 12, 2021. Neither Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by January 10, 2022. If Defendants fail to do so, and Plaintiff intends to move for default judgment, he shall do so by January 24, 2022.

    Plaintiff shall serve a copy of this Order on Defendants by December 27, 2021 and promptly file proof of such service on the docket. Given Defendants' failure to answer or appear in this action, the conference scheduled for January 7, 2022 is adjourned *sine die*.

SO ORDERED.

Dated:    December 21, 2021
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge