```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/08/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

      v.

CUATRO LOBOS, INC., d/b/a WILDAIR, and
ORCHARD STREET HOLDINGS LLC,

                Defendants.

No. 21-CV-7999 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On March 7, 2022, Defendant Orchard Street Holdings LLC answered the complaint in this action. Accordingly, the Court reschedules the initial conference in this case for March 25, 2022 at 10:45 a.m. The dial-in information remains the same. By no later than March 18, 2022, the parties shall submit the joint letter and proposed case management plan and scheduling order described in the Court's Order of October 8, 2021.

SO ORDERED.

Dated:    March 8, 2022
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge