UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

               Plaintiff,

      v.

CUATRO LOBOS, INC., d/b/a WILDAIR,
and ORCHARD STREET HOLDINGS LLC,

              Defendants.

No. 21-CV-7999 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 11, 2022, the Court directed the parties to submit a joint letter by June 22, 2022, indicating whether a referral to mediation would be productive at that time. Dkt. 30. The Court has not yet received that letter. The parties are directed to file their joint status letter no later than July 8, 2022.

SO ORDERED.

Dated:   July 1, 2022
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge